L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
4655 Cass Street, Suite 112
San Diego, CA 92109
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
www.paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAM COYAZO,**<br><br>Plaintiff,<br><br>vs.<br><br>**FOCUS RECEIVABLES, LLC,**<br><br>Defendant. | Case No. 5:16-cv-01498-R-KK<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF SAM COYAZO'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses Plaintiff Sam Coyazo's individual claims without prejudice  Each party shall bear their own attorney's fees and costs.  Defendant has neither answered Plaintiff's Complaint nor submitted a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED: July 15, 2016              LAW OFFICE OF L. PAUL MANKIN IV


By:__/s/L. Paul Mankin_____
　　L. Paul Mankin, Esq.
　　Attorney for Plaintiff

Filed electronically on this 15th day of July, 2016 with:

United States District Court CM/ECF system

Notification sent on this 15th Day July 2016, via the ECF system to:

Honorable Manuel Real
Judge of the United States District Court
Central District of California

By: /s/ L. Paul Mankin
     L. Paul Mankin